UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60095-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JANNIS ALMIRANTES LEBELLOT,

    Defendant,
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion for Early Termination of Supervised Release, ECF No. [90]. The Court has reviewed the Motion, the Government's Response, the Court file and is duly advised.

On November 20, 2015, the Defendant was sentenced to 37 months in prison anf followed by 3 years of supervised release after pleading guilty to one count of Using and Maintaining a Place for Manufacturing Marijuana, in violation of 21 U.S.C. §856(a)(1). ECF No. [89]. The Defendant was released from the custody of the Bureau of Prisons on June 2, 2016 and has been in full compliance with all conditions.

18 U.S.C. §3583(e)(1) permits a district court to terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice. Here, the Defendant has served nearly 18 months of his term of supervised release. He is gainfully employed, has a strong support system within his immediate family, has no housing or medical concerns and has been fully complying with his mental health treatment. The Government has no objection and his supervised release officer has not voiced a concern. The

**CASE NO. 15-60095-CR-BLOOM**

Court is satisfied that permitted early termination of the Defendant's supervised release is warranted. Therefore, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Early Termination of Supervised Release, **ECF No. [90]**, is **GRANTED.**

**DONE AND ORDERED** in Miami, Florida, this 22nd day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

probation office

Jannis Lebellot
11224 Purple Plum Court
Orlando, FL 32821